# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>Plaintiff,<br><br>v.<br><br>RCP BLOCK & BRICK, INC., et al.,<br><br>Defendants. | Case No.: 19-CV-01616 W (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 11]** |

Parties have filed a joint motion to dismiss with prejudice. [Doc. 11.] Good cause appearing, the Court **GRANTS** the joint motion. This action is dismissed **WITH PREJUDICE**. Per the terms of the joint motion, each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: January 7, 2020

_____
Hon. Thomas J. Whelan
United States District Judge